UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

Carlo John Nappi,  Case No. 8-18-77294-reg

Chapter 7

Debtor.
-------------------------------------------------------X

## **ORDER DISMISSING THIS CHAPTER 7 CASE**

**WHEREAS,** the United States Trustee for Region 2 (the "U. S. Trustee") having made an application to this Court, dated December 7, 2018, under 11 U.S.C. § 707 (a) seeking entry of an order dismissing this Chapter 7 case (the "Motion") (ECF Dkt. No. 15); and;

**WHEREAS,** a hearing on the Motion having been held on January 30, 2019 (the "Hearing"); and

**WHEREAS**, neither Carlo John Nappi (the "Debtor") nor his attorney, Terrence P. Buckley, Esq., having filed papers in opposition to the Motion or appeared at the Hearing; and

**WHEREAS,** the United States Trustee, by Alfred M. Dimino, Esq., having appeared in support of the Motion; and

**WHEREAS**, it appearing that appropriate notice having been given and sufficient cause existing for the relief requested as more fully detailed in the Motion and on the record of the Hearing; it is

**ORDERED**, that, under 11 U.S.C. § 707 (a), this case commenced under Chapter 7 of the Bankruptcy Code is dismissed; and it is further

**ORDERED,** that in the event the Debtor files a subsequent petition for relief under the Bankruptcy Code, he shall give separate and distinct notice of the filing to the Office of the United States Trustee, Attention: Alfred M. Dimino, Esq.

Dated: Central Islip, New York  
January 31, 2019

Robert E. Grossman  
United States Bankruptcy Judge